# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
   Clerk of the Court                                          (415) 522-2000

January 31, 2008

TO:   Mr. Jonathan Linder
       General Delivery
       Berkeley, CA   94704

     Re:   **JONATHAN LINDER v. CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, ET AL.**
           C-08-00245 (JCS)

Dear Counsel:

     This matter has been randomly assigned to a United States Magistrate Judge for all purposes.

     A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the enclosed forms documenting either consent or declination and to return it to the Court by **February 14, 2008.**

                                               Sincerely,

                                               Richard W. Wieking, Clerk
                                               United States District Court

                                   By:_____
                                             Karen L. Hom
                                             Courtroom Deputy

Enclosure: Forms

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LINDER,

        Plaintiff,

  v.

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT et al,

        Defendant.
                                  /

Case Number: CV08-00245 JCS

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 31, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Linder
General Delivery
Berkeley, CA 94704

Dated: January 31, 2008

*Karen L. Hom*

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>　　　　　Defendant(s).<br>_____/ | No. C 08-00245 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

　　　In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Signature

　　　　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant or indicate "pro se")

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | No. C 08-00245 JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

　　The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____　　　　　　Signature_____

　　　　　　　　　　　　　　　　　　　　Counsel for _____
　　　　　　　　　　　　　　　　　　　　(Plaintiff, Defendant, or indicate "pro se")