FILED

08 FEB 21 PM 2: 42

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LINDER,                                    No. C 08-00245 JCS

      Plaintiff(s),                          **DECLINATION TO PROCEED BEFORE
                                                   A MAGISTRATE JUDGE
   v.                                            AND
                                                   REQUEST FOR REASSIGNMENT TO A
CONTRA COSTA COUNTY SHERIFF'S                      UNITED STATES DISTRICT JUDGE**
DEPARTMENT, ET AL.,

      Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

a United States District Judge.

Dated: 2/21/08                          Signature _Jonathan Linder_____

                                        Counsel for _Pro se_____
                                        (Plaintiff, Defendant, or indicate "pro se")

United States District Court
For the Northern District of California