IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | No. C 08-0245 SI |
| Plaintiff, | **ORDER RE: PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants.                             / | |

Plaintiff has filed an unsigned application to proceed *in forma pauperis*. If plaintiff wishes the Court to consider his application, he must file a signed application no later than **March 31, 2008**.

**IT IS SO ORDERED.**

Dated: March 18, 2008

SUSAN ILLSTON
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | Case Number: CV08-00245 SI |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jonathan Linder
General Delivery
Berkeley, CA 94704

Dated: March 19, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk