FILED
08 MAR 31 PM 3: 45

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LINDER

           Plaintiff,

vs.

CONTRA COSTA COUNTY SHERIFF'S, et al.,

           Defendant.

CASE NO. C08-0245 SI

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

    I, JONATHAN LINDER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?        Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | ≈ 2005, $600/month, gross ≈ $550 for 1 month
3 | _____
4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a.     Business, Profession or     Yes ___ No _X_
8 |           self employment?
9 |     b.     Income from stocks, bonds,     Yes ___ No _X_
10 |           or royalties?
11 |     c.     Rent payments?     Yes ___ No _X_
12 |     d.     Pensions, annuities, or     Yes ___ No _X_
13 |           life insurance payments?
14 |     e.     Federal or State welfare payments,     Yes ___ No _X_
15 |           Social Security or other govern-
16 |           ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | _____
20 | _____

21 | 3. Are you married?     Yes ___ No _X_
22 | Spouse's Full Name: _____
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a.     List amount you contribute to your spouse's support:$ _____
27 |     b.     List the persons other than your spouse who are dependent upon you for support
28 |           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.  Do you own or are you buying a home?  Yes ___ No _X_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.  Do you own an automobile?  Yes ___ No _X_
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10  7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
11  Name(s) and address(es) of bank: _Bank of America_
12  _____
13  Present balance(s): $ _5,000_
14  Do you own any cash? Yes ___ No _X_ Amount: $ _____
15  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16  market value.)  Yes _X_ No ___
17  _Trading account, ≈ value $25,000_
18  8.  What are your monthly expenses?
19  Rent: $ _535_   Utilities: _75_
20  Food: $ _400_   Clothing: _150_
21  Charge Accounts:
22  Name of Account    Monthly Payment    Total Owed on This Account
23  _____    $ _____    $ _____
24  _____    $ _____    $ _____
25  _____    $ _____    $ _____
26  9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27  they are payable. Do not include account numbers.)
28  _Student loans ≈ $70,000_

- 3 -

1
2  10.    Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___ No  X
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  3/31/08                                    *Jonathan Lusher*
12     DATE                                    SIGNATURE OF APPLICANT