FILED

08 MAY 23 PM 2:43

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LINDER

           Plaintiff,

vs.

CONTRA COSTA COUNTY SHERIFFS, et al,

           Defendant.

CASE NO. C08-0245 SI

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

      I, JONATHAN LINDER, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

      In support of this application, I provide the following information:

1.     Are you presently employed?           Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1   and wages per month which you received.
2   _2005  $600 gross ± $550 net_____
3   _____
4   _____

5   2.   Have you received, within the past twelve (12) months, any money from any of the
6   following sources:
7        a.   Business, Profession or              Yes ___  No _X_
8             self employment?
9        b.   Income from stocks, bonds,           Yes ___  No _X_
10            or royalties?
11       c.   Rent payments?                       Yes ___  No _X_
12       d.   Pensions, annuities, or              Yes ___  No _X_
13            life insurance payments?
14       e.   Federal or State welfare payments,   Yes ___  No _X_
15            Social Security or other govern-
16            ment source?
17   If the answer is "yes" to any of the above, describe each source of money and state the amount
18   received from each.
19   _____
20   _____

21   3.   Are you married?                         Yes ___  No _X_
22   Spouse's Full Name: _____
23   Spouse's Place of Employment: _____
24   Spouse's Monthly Salary, Wages or Income:
25   Gross $_____  Net $_____
26   4.   a.   List amount you contribute to your spouse's support:$ _____
27        b.   List the persons other than your spouse who are dependent upon you for support
28             and indicate how much you contribute toward their support.  (NOTE: For minor

- 2 -

1         children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

2 _____

3 _____

4   5.     Do you own or are you buying a home?     Yes ___ No _X_

5   Estimated Market Value: $_____ Amount of Mortgage: $_____

6   6.     Do you own an automobile?     Yes ___ No _X_

7   Make _____ Year _____ Model _____

8   Is it financed? Yes ____ No ____ If so, Total due: $_____

9   Monthly Payment: $_____

10   7.     Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

11   Name(s) and address(es) of bank: *BANK OF AMERICA*

12 _____

13   Present balance(s): ≈ $ *11,000*

14   Do you own any cash? Yes ___ No _X_ Amount: $_____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)     Yes _X_ No ___

17   *Stock trading account ≈ $23,000*

18   8.     What are your monthly expenses?

19   Rent: $ *550*     Utilities: *75*

20   Food: $ *400*     Clothing: *150*

21   Charge Accounts:

22   <u>Name of Account</u>     <u>Monthly Payment</u>     <u>Total Owed on This Account</u>

23   *Visa*     $_____     $ *3,000*

24   _____     $_____     $_____

25   _____     $_____     $_____

26   9.     Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable. Do not include account numbers.)

28   *Student loans ≈ $90,000, SFGH ≈ $12,000, San Mateo County ≈ $17,000, taxes ≈ $5,000, legal ≈ $5,000*

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?  Yes ___ No _X_
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  _5/23/08_____           without prejudice  /s/ Jonathan Finder
                                without recourse
12          DATE                        SIGNATURE OF APPLICANT

- 4 -