IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>　　　　　Defendants.　　　　　　　／ | No. C 08-0245 SI<br><br>**ORDER RE: PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |

　　　　Plaintiff has filed an unsigned application to proceed *in forma pauperis*. If plaintiff wishes the Court to consider his application, he must file a signed application no later than **March 31, 2008**.

**IT IS SO ORDERED.**

Dated: March 18, 2008

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge