FILED

Jun 30 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JONATHAN LINDER,

        Plaintiff,

    v.

CONTRA COSTA COUNTY SHERIFF'S
DEPARTMENT, *et al.*,

        Defendants.

No. C 08-0245 SI

**ORDER DENYING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS***

Plaintiff has filed two signed applications to proceed *in forma pauperis*. Plaintiff's March 31, 2008 application states that he has a bank account with a $5,000 balance and a "trading account" with a value of $25,000; monthly expenses of $1,160; and student loans in the amount of greater than $70,000. Plaintiff's May 23, 2008 application states that he has a bank account balance of $11,000; a "stock trading account" with a value of $23,000; monthly expenses of $1,160; a $3,000 balance on a Visa account; the following other debts: student loans $90,000; "SFGH" $12,000; "San Mateo County" $17,000; "taxes" $5,000; and "legal" $5,000.

The Court finds that based upon plaintiff's financial information, plaintiff is able to afford the $350 filing fee and associated service costs. Accordingly, the Court DENIES plaintiff's applications to proceed *in forma pauperis*. (Docket Nos. 2, 11, & 12). If plaintiff wishes to proceed with this case, plaintiff shall pay the $350 filing fee no later than **July 11, 2008**.

**IT IS SO ORDERED.**

Dated: June 30, 2008

SUSAN ILLSTON
United States District Judge

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


JONATHAN LINDER,

Case Number: CV08-00245 SI

Plaintiff,

**CERTIFICATE OF SERVICE**

v.

CONTRA COSTA COUNTY SHERIFF'S
DEPARTMENT et al,

Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on June 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
located in the Clerk's office.


Jonathan Linder
General Delivery
Berkeley, CA 94704

Dated: June 30, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk