

FILED
JUN 30 2008

D STATES DISTRICT COURT

ERN DISTRICT OF CALIFORNIA

No. C 08-0245 SI

**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS***

ations to proceed *in forma pauperis*. Plaintiff's March 31,

ccount with a $5,000 balance and a "trading account" with

$1,160; and student loans in the amount of greater than

on states that he has a bank account balance of $11,000; a

,000; monthly expenses of $1,160; a $3,000 balance on a

lent loans $90,000; "SFGH" $12,000; "San Mateo County"

0.

intiff's financial information, plaintiff is able to afford the

. Accordingly, the Court DENIES plaintiff's applications

2, 11, & 12). If plaintiff wishes to proceed with this case,

r than **July 11, 2008**.

SUSAN ILLSTON
United States District Judge