*Change of Mailing Address*

Case # C 08 245 SI

JONATHAN LINDER

v

Contra Costa County Sheriffs et.al.

Please change the address you have on file for me for mailing purposes to:

JONATHAN LINDER
c/o
THE BASSETTS
1813 Venice Drive
Concord, CA
94519-1424

RECEIVED
AUG 22 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8/22/08

FILED
AUG 22 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thank You,

Jonathan Linder