case # 608 245 SI

FILED RECEIVED

AUG 2 2 2008          AUG 2 2 2008

RICHARD W. WIEKING          Richard W. Wieking
CLERK U.S. DISTRICT COURT   Clerk, U.S. District Court    8/22/08
NORTHERN DISTRICT OF CALIFORNIA   Northern District of California

Dear Judge Ilston

 I would like to appeal your rejection of my application to proceed in forma pauperis in this matter. I feel that my true financial resources were misrepresented due to the inadequacy of the application form since it did not include an area for further explanation. I thought that I would have an opportunity to explain further in person at our last meeting.

 Enclosed is documentation describing my partner's mental disabilities. As Natalia's partner I act as her informal conservator/trustee and administer her finances through personal accounts in my name to protect her from herself and facilitate transactions on her behalf. We have been partners for 9.5 years. Natalia is a gifted artist and is about to begin an MFA program at CCA, whose annual tuition alone is nearly $34,000. I have encouraged her to maximize her educational borrowing throughout her undergraduate time specifically in anticipation of her pursuit of graduate education knowing that graduate school tuition typically far exceeds available federal loan offerings.

I've also included as complete an accounting as possible for the origins of these funds, in the forms of educational loans. Our living expenses are barely covered by Natalia's disability check and a meager surplus from my own graduate loans - about $800 - $1,600 depending on my credit load each year. If required Natalia can make herself available to the court to attest to our arrangement and provide originals of these documents. She is also reachable directly via telephone @ 650-766-1343, as is her therapist Joé Newman @ 510-527-9061, although she would need a release to speak to you.

Hopefully my IFP can be reconsidered in light of this greater detailed accounting for borrowed money which belongs to my partner but is temporarily "parked" in accounts bearing my name.

Your reconsideration is greatly appreciated,

Sincerely,

Jonathan Linder

Zoé Newman, MFT        1940 Virginia Street, Berkeley, CA 94709        (510) 527-9061    .

June 2, 2008

To Whom It May Concern:

I am writing concerning Natalia Gomez, whom I have been seen for psychotherapy since
August 2007.

Diagnosis: PTSD DSM 309.81, social phobia 300.23, and OCD 300.40.

Functional limitations and impact: Natalia's extreme difficulty focusing, taking tests,
understanding and conceptualizing instructions, her PTSD symptoms, and high levels of
anxiety and panic make it hard for her to be present. She tends to freeze when called to
respond to questions in the class; is slow processing instructions when anxious; and her
artwork process is extremely detailed, perfectionist, and time-consuming.

Recommendations for academic accommodations: Natalia would benefit from
supportiveness and understanding, especially of the OCD influences on her process in
creating her artwork, and accommodation that takes this into account. It's important that
there is awareness on the side of her professors of what she's dealing with (her undergrad
professors weren't aware and were simply judgmental and critical, not understanding how
she couldn't turn out more artwork faster and with less attention to detail). Patience, both
in her art work and in the classroom, where because of her anxiety she may need to take
more time in getting clarity and understanding of instructions, will be helpful.

Sincerely,

Zoé Newman, MFT
Lic # MFC24058



# CALIFORNIA STATE UNIVERSITY, HAYWARD
# ENROLLMENT SERVICES - FINANCIAL AID

**DATE**

April 16, 2005

**AWARD PERIOD**

Academic Yr. 2005-06 *June*

Natalia Gomez
111 Ambrose Ave
BAY POINT CA 94565

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

**SUMMARY OF FINANCIAL AID ELIGIBLILITY**

First Notice

# FINANCIAL AID
# OFFER LETTER

| | |
|---|---|
| Total Expenses | 16,003.00 |
| Family Contribution | |
| Other Resources | |
| Total Resources | |
| Veterans Benefits | |
| Estimated Other Aid | |
| Need | 16,003.00 |
| Total Aid | 16,003.00 |

*840 → 2/20*

| | SUMMER | FALL | WINTER | SPRING | |
|---|---|---|---|---|---|
| EST FED PELL GRANT | .00 | 1,350.00 | 1,350.00 | 1,350.00 | |
| EST FED STAFFORD LOAN-SUB | .00 | 1,745.00 | 1,744.00 | 1,744.00 | |
| EST STATE UNIV GRANT | .00 | 840.00 | 840.00 | 840.00 | |
| EST FED PERKINS LOAN | .00 | 700.00 | 700.00 | 700.00 | PRK |
| EST FED WORK STUDY | .00 | 700.00 | 700.00 | 700.00 | FWS |
| Total | .00 | 5,335.00 | 5,334.00 | 5,334.00 | |

This award is subject to change based upon the policies and
procedures of the Financial Aid Office.  You should check
https://myinfo.csuhayward.edu for changes to your award.

*1350*
*1745*
*840*
*700*

PRK If you accept this loan as part of your award, a promissory
note and other Perkins documents will be mailed to you for your
signature.  THIS OFFER OF PERKINS MAY BE CANCELLED IF YOU DO NOT
RETURN THE DOCUMENTS WITHIN 4 WEEKS AFTER THEY ARE MAILED.

*4635*

FWS This offer of work study is subject to cancellation if you have
not found a work study position within 4 weeks after the start of
the quarter.

*1350*
*840*
*90*

**IMPORTANT NOTES**

• This Financial Aid Offer Letter does not need to be returned.  Please indicate acceptance of this offer
by submitting all required documents.

• This offer is subject to change based on the policies and procedures of Enrollment Services-Financial

Aid  at California State University, Hayward.

3/27 90

# Award Information by Year

## Award Year: 2007

Your financial aid award package was last modified on 10/02/06 by the Financial Aid Office.

| Award | Award Message | Offered Amount | Accepted Amount | Paid Amount |
|---|---|---|---|---|
| FED SUBSIDIZED STFFRD LOAN | | 5,500.00 | 5,500.00 | 3,667.00 |
| 2006 Summer Quarter | | 0.00 | 0.00 | 0.00 |
| 2006 Fall Quarter | | 1,834.00 | 1,834.00 | 1,834.00 |
| 2007 Winter Quarter | | 1,833.00 | 1,833.00 | 1,833.00 |
| 2007 Spring Quarter | | 1,833.00 | 1,833.00 | 0.00 |
| FEDERAL PELL GRANT | | 4,050.00 | 4,050.00 | 2,700.00 |
| 2006 Summer Quarter | | 0.00 | 0.00 | 0.00 |
| 2006 Fall Quarter | | 1,350.00 | 1,350.00 | 1,350.00 |
| 2007 Winter Quarter | | 1,350.00 | 1,350.00 | 1,350.00 |
| 2007 Spring Quarter | | 1,350.00 | 1,350.00 | 0.00 |
| FEDERAL PERKINS LOAN | | 2,100.00 | 2,100.00 | 1,400.00 |
| 2006 Summer Quarter | | 0.00 | 0.00 | 0.00 |
| 2006 Fall Quarter | | 700.00 | 700.00 | 700.00 |
| 2007 Winter Quarter | | 700.00 | 700.00 | 700.00 |
| 2007 Spring Quarter | | 700.00 | 700.00 | 0.00 |
| STATE UNIVERSITY GRANT | | 2,520.00 | 2,520.00 | 1,680.00 |
| 2006 Summer Quarter | | 0.00 | 0.00 | 0.00 |
| 2006 Fall Quarter | | 840.00 | 840.00 | 840.00 |
| 2007 Winter Quarter | | 840.00 | 840.00 | 840.00 |
| 2007 Spring Quarter | | 840.00 | 840.00 | 0.00 |
| EST FED STAFFRD LOAN-UNSUB | | 0.00 | 0.00 | 0.00 |
| 2006 Summer Quarter | | 0.00 | 0.00 | 0.00 |
| 2006 Fall Quarter | | 0.00 | 0.00 | 0.00 |
| 2007 Winter Quarter | | 0.00 | 0.00 | 0.00 |
| 2007 Spring Quarter | | 0.00 | 0.00 | 0.00 |
| Award Year Total | | 14,170.00 | 14,170.00 | 9,447.00 |

1111 Eighth Street        5212 Broadway        cca.edu
San Francisco, CA 94107   Oakland, CA 94618
415.703.9500              510.594.3600

# CCoi₁₀₀ CALIFORNIA COLLEGE
OF THE ARTS 1907-2007

March 12, 2008                              Student ID# 1039549

Natalia Gomez
1813 Venice Dr
Concord CA 94519

Dear Natalia,

On behalf of the fine arts faculty I am pleased to offer you admission to the California College of the Arts for the term beginning this fall 2008. Your application to the graduate division was selected from a strong pool of applicants and we believe that you will add a significant creative and intellectual contribution to this incoming class. It is with great pleasure that we welcome you to the CCA community. Congratulations!

It is our hope that you will choose to continue your creative research with us. We understand this is an important decision to make and I want to invite you to visit our campus if you have not done so already. See our dedicated graduate facility; meet our faculty and current students. A good weekend to visit this year might be during the graduate open studios event, which is slated for Sunday, April 6th from noon until 5pm.

To confirm your decision to enroll, please return the enclosed Intent to Enroll form, along with a nonrefundable $300 deposit, no later than May 1, 2008. If you have applied for financial assistance, we will send you a financial aid letter in early April. If you haven't started the FAFSA financial aid process and you're pursuing financial aid, now is an excellent time to do so at www.fafsa.ed.gov.

If you have any questions, please contact the Graduate Admissions Office at 415.703.9523 or graduateprograms@cca.edu. We look forward to seeing you on campus this fall. Once again congratulations on your admission!

Sincerely,

Brian Conley
Chair, Graduate Fine Arts Program

Financial Aid

**Award Summary**

**Financial Aid Year 2007-2008**

Select the term hyperlinks below to see more detailed information.

### Aid Year

| Award Description | Category | Offered | Accepted |
|---|---|---:|---:|
| Estimated Pell Grant | Grant | 4,310.00 | 0.00 |
| Estimated Cal Grant B Fees | Grant | 2,772.00 | 0.00 |
| Estimated Cal Grant B Access | Grant | 1,551.00 | 0.00 |
| Estimated State Univ Grant | Grant | 828.00 | 0.00 |
| Estimated Perkins Loan | Loan | 2,100.00 | 0.00 |
| Estimated Subsidized Loan | Loan | 5,500.00 | 0.00 |
| Estimated Unsubsidized Loan | Loan | 1,698.00 | 0.00 |
| **Aid Year Totals** | | **18,759.00** | **0.00** |

Currency used is US Dollar.

ACCEPT/DECLINE AWARDS

### Terms

#### Fall Quarter 2007

| Award Description | Category | Offered | Accepted |
|---|---|---:|---:|
| Estimated Pell Grant | Grant | 1,438.00 | 0.00 |
| Estimated Cal Grant B Fees | Grant | 924.00 | 0.00 |
| Estimated Cal Grant B Access | Grant | 517.00 | 0.00 |
| Estimated State Univ Grant | Grant | 276.00 | 0.00 |
| Estimated Perkins Loan | Loan | 700.00 | 0.00 |
| Estimated Subsidized Loan | Loan | 1,834.00 | 0.00 |
| Estimated Unsubsidized Loan | Loan | 566.00 | 0.00 |
| **Term Totals** | | **6,255.00** | **0.00** |

#### Winter Quarter 2008

| Award Description | Category | Offered | Accepted |
|---|---|---:|---:|
| Estimated Pell Grant | Grant | 1,436.00 | 0.00 |
| Estimated Cal Grant B Fees | Grant | 924.00 | 0.00 |
| Estimated Cal Grant B Access | Grant | 517.00 | 0.00 |
| Estimated State Univ Grant | Grant | 276.00 | 0.00 |
| Estimated Perkins Loan | Loan | 700.00 | 0.00 |
| Estimated Subsidized Loan | Loan | 1,833.00 | 0.00 |
| Estimated Unsubsidized Loan | Loan | 566.00 | 0.00 |
| **Term Totals** | | **6,252.00** | **0.00** |

#### Spring Quarter 2008

| Award Description | Category | Offered | Accepted |
|---|---|---:|---:|
| Estimated Pell Grant | Grant | 1,436.00 | 0.00 |
| Estimated Cal Grant B Fees | Grant | 924.00 | 0.00 |
| Estimated Cal Grant B | Grant | 517.00 | 0.00 |

Access

| | | | |
|---|---|---|---|
| Estimated State Univ Grant | Grant | 276.00 | 0.00 |
| Estimated Perkins Loan | Loan | 700.00 | 0.00 |
| Estimated Subsidized Loan | Loan | 1,833.00 | 0.00 |
| Estimated Unsubsidized Loan | Loan | 566.00 | 0.00 |
| **Term Totals** | | **6,252.00** | **0.00** |

Currency used is US Dollar.

If there is no financial aid displayed your application may be in progress. Please check back.

ACCEPT/DECLINE AWARDS

Return to Aid Year Selection

go to ...        

California College of the Arts
1111 Eighth Street
San Francisco CA 94107

Statement of Account
Student Receivable

count Holder  1039549                                    Statement Date  05/05/08
              Natalia Gomez
                                                         Account Balance   16,918.00

              Natalia Gomez
              1813 Venice Dr
              Concord, CA  94519

| No | Date | Term | Code | Description | Charges | Payments/ Credits | Balance |
|----|------|------|------|-------------|---------|-------------------|---------|
| | 05/01/08 | | | *** Balance Forward *** | 0.00 | 0.00 | 0.00 |
| 1057615 | 05/27/08 | 2008FA | | Registration - 2008FA | | | |
| | | | ACTGR | Student Activity Fee- Gr | 60.00 | | 60.00 |
| | | | INSFE | Student Health Insurance | 573.00 | | 633.00 |
| | | | REGGR | Registration Fee-Graduat | 115.00 | | 748.00 |
| | | | TUGFA | Tuition-Graduate-Fall | 16,170.00 | | 16,918.00 |
| | | | | Total: | 16,918.00 | 0.00 | 16,918.00 |