**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | No. C 08-00245SI |
| Plaintiff, | **NOTICE** |
| v. | |
| CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been continued to Friday, October 31, 2008, at 2:00 p.m.

Dated: September 5, 2008

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk