IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | No. C 08-0245 SI |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | |
| CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. / | |

By order filed June 30, 2008, the Court denied plaintiff's application to proceed *in forma pauperis*. In that order, the Court noted that plaintiff had filed two signed applications to proceed *in forma pauperis*. Plaintiff's March 31, 2008 application states that he has a bank account with a $5,000 balance and a "trading account" with a value of $25,000; monthly expenses of $1,160; and student loans in the amount of greater than $70,000. Plaintiff's May 23, 2008 application states that he has a bank account balance of $11,000; a "stock trading account" with a value of $23,000; monthly expenses of $1,160; a $3,000 balance on a Visa account; the following other debts: student loans $90,000; "SFGH" $12,000; "San Mateo County" $17,000; "taxes" $5,000; and "legal" $5,000. In the June 30, 2008 order, the Court found that based upon plaintiff's financial information, plaintiff is able to afford the $350 filing fee and costs of service.

Plaintiff's motion for reconsideration states that plaintiff's financial resources were "misrepresented" on the *in forma pauperis* applications because he acts as the "informal conservator/trustee" for his partner, and he administers her finances through personal accounts in his own name. Plaintiff did not state what portion of the accounts and debts listed on the previous

applications was plaintiff's and what portion was his partner's. Based upon the information provided in plaintiff's motion for reconsideration, the Court is unable to determine the state of plaintiff's financial resources. Accordingly, the Court DENIES plaintiff's motion for reconsideration. (Docket No. 19). If plaintiff wishes to pursue this action, by **October 31, 2008**, plaintiff shall either pay the $350 filing fee, or he may file another signed *in forma pauperis* application which only states plaintiff's financial resources and debts (and does not include those of his partner). The Court VACATES the October 31, 2008 case management conference and RESCHEDULES the conference for November 21, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 14, 2008

SUSAN ILLSTON
United States District Judge