SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY,
CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT,
and DEPUTY SCHWIND

Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>Defendants. | No. CV 08 - 00245 SI<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties who have appeared in this action stipulate that the case management conference in this matter, currently scheduled for January 30, 2009, should be continued for at least 30 days, for each of the following reasons on which the parties agree:

1. This action was filed in January 2008, but was not served on defendants until on or about December 22, 2008. The current case management conference date was set by this court's order entered on November 19 2008, well before defendants received notice of the action or the conference.

2. Plaintiff is acting in propria persona in this matter and joins in this request.

3. Defendants Contra Costa County, Deputy Schwind, Contra Costa County Sheriff's

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE -
CV 08-00245 SI

1

Department, California Highway Patrol, and State of California have moved to dismiss, wholly or in part. The hearings on the motions have been noticed for March 13, 2009.

Based on the above, the parties request the case management conference (and dependent disclosure and ADR deadlines) be continued to a date available on the court's calendar in March, 2009, at or after the date the motions are heard.

SO STIPULATED

DATE: January 15, 2009

SILVANO B. MARCHESI
COUNTY COUNSEL

By: _____
BERNARD KNAPP
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY,
CONTRA COSTA COUNTY
SHERIFF'S DEPARTMENT,
and DEPUTY SCHWIND

DATE: _____

JONATHAN LINDER
IN PROPRIA PERSONA

_____
Jonathan Linder
Plaintiff in Propria Persona

DATE: _____

EDMUND G. BROWN, JR.
Attorney General of the State of California

By: _____
JENNIFER C. ADDAMS
Deputy Attorney General
Attorneys for Defendants
STATE OF CALIFORNIA and
CALIFORNIA HIGHWAY PATROL

ORDER

Good cause appearing, IT IS ORDERED that the case management conference now set for 4/10/09 @ 2:00 p.m.

IT IS SO ORDERED
Judge Susan Illston

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE -
CV 08-00245 SI

2

1  Department, California Highway Patrol, and State of California have moved to dismiss, wholly
2  or in part. The hearings on the motions have been noticed for March 13, 2009.
3      Based on the above, the parties request the case management conference (and
4  dependent disclosure and ADR deadlines) be continued to a date available on the court's
5  calendar in March, 2009, at or after the date the motions are heard.
6  SO STIPULATED
7  DATE: January 15, 2009                  SILVANO B. MARCHESI
8                                           COUNTY COUNSEL
9
10
11                                          By:_____
12                                             BERNARD KNAPP
                                            Deputy County Counsel
13                                             Attorneys for Defendants
                                            CONTRA COSTA COUNTY,
14                                             CONTRA COSTA COUNTY
                                            SHERIFF'S DEPARTMENT,
15                                             and DEPUTY SCHWIND
16 DATE:                                JONATHAN LINDER
                                            IN PROPRIA PERSONA
17
18                                             _____
                                            Jonathan Linder
19                                             Plaintiff in Propria Persona
20 DATE: 01.15.09                        EDMUND G. BROWN, JR.
21                                             Attorney General of the State of California
22                                            By:_____
23                                             JENNIFER C. ADDAMS
                                            Deputy Attorney General
24                                             Attorneys for Defendants
                                            STATE OF CALIFORNIA and
25                                             CALIFORNIA HIGHWAY PATROL
26
27 ORDER
28     Good cause appearing, IT IS ORDERED that the case management conference now

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE -
CV 08-00245 SI

2

Department, California Highway Patrol, and State of California have moved to dismiss, wholly or in part. The hearings on the motions have been noticed for March 13, 2009.

Based on the above, the parties request the case management conference (and dependent disclosure and ADR deadlines) be continued to a date available on the court's calendar in March, 2009, at or after the date the motions are heard.

SO STIPULATED

DATE: January 15, 2009

SILVANO B. MARCHESI
COUNTY COUNSEL

By: _____
BERNARD KNAPP
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY,
CONTRA COSTA COUNTY
SHERIFF'S DEPARTMENT,
and DEPUTY SCHWIND

DATE: 1/20/09

JONATHAN LINDER
IN PROPRIA PERSONA

_____
Jonathan Linder
Plaintiff in Propria Persona

DATE:

EDMUND G. BROWN, JR.
Attorney General of the State of California

By: _____
JENNIFER C. ADDAMS
Deputy Attorney General
Attorneys for Defendants
STATE OF CALIFORNIA and
CALIFORNIA HIGHWAY PATROL

ORDER

Good cause appearing, IT IS ORDERED that the case management conference now

PROOF OF SERVICE
(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ.Proc., rule 5(b).)


Re: *Jonathan Linder v. Contra Costa County, et al.*
U.S. District Court No. CV 08-00245 SI

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. On January 21, 2009, I served the following document(s) by the method indicated below.

1.    STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

☐ By transmitting via facsimile on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

☑ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

PROOF OF SERVICE

Jonathan Linder  
C/O Bassetts  
1813 Venice Drive  
Concord, CA 94519-1424

IN PRO PER

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on January 21, 2009, at Martinez, California.

*Liliana OR*  
LILIANA RÖTZSCHER

PROOF OF SERVICE