IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | No. C 08-245 SI |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS STATE LAW CLAIMS** |
| v. | |
| CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. / | |

Defendants have filed motions to dismiss which are currently scheduled for a hearing on June 12, 2009. Plaintiff, who is acting pro se, has not filed an opposition. Pursuant to Civil Local Rule 7-1(b), the Court determines that the motions are appropriate for resolution without oral argument, and VACATES the hearing. **The case management conference scheduled for June 12, 2009 at 2:30 pm remains on calendar**. As set forth below, the Court GRANTS defendants' motions to dismiss the state law claims without leave to amend.

By order filed March 9, 2009, the Court granted defendants' motions to dismiss the amended complaint. The Court granted plaintiff leave to amend the federal claims, but found that plaintiffs' state law claims against the Contra Costa and Pleasant Hill defendants were untimely, and thus granted those defendants' motions to dismiss those state law claims without leave to amend. On April 24, 2009, plaintiff filed a amended complaint restating his federal claims, and reasserting the dismissed state law claims against these defendants. These defendants now move to dismiss the state law claims on the ground that the court previously dismissed these claims with prejudice.

The Court GRANTS defendants' unopposed motion for the reasons stated in the previous order.

Plaintiff may not pursue these time-barred state claims against these defendants.  (Docket Nos. 64 & 66).

**IT IS SO ORDERED.**

Dated: June 3, 2009

SUSAN ILLSTON
United States District Judge