IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendant.<br>_____/ | No. C 08-00245 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 2, 2009 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 30, 2009.

DESIGNATION OF EXPERTS: 11/2/09; REBUTTAL: 11/16/09.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 11, 2009.

DISPOSITIVE MOTIONS **SHALL** be filed by January 15, 2010;

    Opp. Due January 29, 2010; Reply Due February 5, 2010;

    and set for hearing no later than February 19, 2010 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 23, 2010 at 3:30 PM.

JURY TRIAL DATE: April 5, 2010 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
If not done so already, initial disclosure shall be produced by June 17, 2009.
This case shall be referred to a magistrate-judge for purposes of settlement. The settlement conference shall occur by the end of September 2009.
This case shall be removed from the ADR program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                                                        SUSAN ILLSTON
                                                        United States District Judge