**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | No. C 08-245 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO INCLUDE "CITY OF PLEASANT HILL POLICE OFFICER CLARK, TODT #318 IN COMPLAINT"** |
| v. | |
| CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. _____/ | |

Plaintiff has filed a "motion to include City of Pleasant Hill Police Officer 'Clark, Todt #318' in complaint." Docket No. 78. It appears that plaintiff is requesting that the Court issue a summons and serve the complaint on "Officer Clark, Todt," who has been named as a defendant but never properly served due to plaintiff's misspelling of defendant's name and mistakes as to where the defendant works.

The Court GRANTS plaintiff's motion. However, because the correct name of the defendant is still unclear from plaintiff's papers (is Clark the first or last name?), plaintiff is directed to file a letter with the Court, no later than **July 10, 2009**, stating the correct first and last name of the defendant, as well as defendant's place of employment. Upon receipt of this information, the Clerk shall issue a summons and will direct that the Marshal's office serve it..

**IT IS SO ORDERED.**

Dated: July 1, 2009

SUSAN ILLSTON
United States District Judge