IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN LINDER, | No. C 08-0245 SI |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DISCOVERY CUT-OFF** |
| v. | |
| CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT, *et al.*, | |
| Defendants. / | |

Plaintiff has filed a motion requesting a second 30-day extension of the fact discovery deadline. Plaintiff states he needs another extension because of his unfamiliarity with the discovery rules and because he inadvertently failed to propound discovery on one set of defendants. Defendants oppose the motion and argue that plaintiff has not established good cause for an extension.

The Court GRANTS plaintiff's request for a 30-day extension, and the new fact discovery cut-off is **December 30, 2009**. (Docket No. 96). The Court informs plaintiff that it is unlikely to grant any further extensions of discovery deadlines, and plaintiff is instructed to familiarize himself with the applicable rules. The Court will modify the pretrial schedule if necessary at the upcoming December 16, 2009 case management conference.

**IT IS SO ORDERED.**

Dated: November 30, 2009

SUSAN ILLSTON
United States District Judge